DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARK JACOBS AND ANN DEARIE-JACOBS,**
Appellants,

v.

**OLYMPUS INSURANCE COMPANY,**
Appellee.

No. 4D20-1879

[January 13, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Nicholas Richard Lopane, Judge; L.T. Case No. CACE19-006293.

Charles H. Lichtman and Alejandro M. Miyar of Berger Singerman LLP, Fort Lauderdale, for appellants.

Kara Rockenbach Link and Daniel M. Schwarz of Link & Rockenbach, P.A., West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CIKLIN and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***